IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

LIOUDMILA PETROVNA
NICHOLS,

    Plaintiff,

v.

                                      Case No: 7:20-cv-748

GENERAL ELECTRIC
COMPANY,

and

GENERAL ELECTRIC
INTERNATIONAL, INC. D/B/A
GE DIGITAL,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Lioudmila Petrovna Nichols ("Ms. Nichols" or "Plaintiff"), by counsel, and pursuant to Rule 41(a)(1)(i), hereby provides this Notice of Voluntary Dismissal *without prejudice*. In support thereof, Plaintiff provides the following:

1. The opposing party in this matter has served neither an Answer nor a Motion for Summary Judgment in this matter.

2. Plaintiff has not previously dismissed any federal or state court action based on or including the same claim.

Wherefore this matter is hereby dismissed *without prejudice*.

Respectfully Submitted,

**LIOUDMILA PETROVNA NICHOLS**

_____
Thomas E. Strelka, Esq. (VSB# 75488)
L. Leigh R. Strelka, Esq. (VSB # 73355)
N. Winston West, IV, Esq. (VSB # 92598)
Brittany M. Haddox, Esq. (VSB # 86416)
Monica L. Mroz, Esq. (VSB #65766)
STRELKA EMPLOYMENT LAW
Warehouse Row
119 Norfolk Avenue, S.W., Suite 330
Roanoke, VA  24011
Tel:  540-283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com
winston@strelkalaw.com
brittany@strelkalaw.com
monica@strelkalaw.com

*Counsel for Plaintiff*